IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:24-CV-00054-FL-RN

CHARLOTTE KRANTZ,                         )
                                          )
               Plaintiff,                 )
                                          )
        v.                                )          ORDER FOR APPROVAL OF
                                          )          ATTORNEY'S FEES UNDER
MICHELLE KING,                            )          42 U.S.C. § 406(b)
Acting Commissioner of Social             )
Security,                                 )
                                          )
               Defendant.                 )

        Upon consideration of Plaintiff's petition for attorney's fees under 42 U.S.C.

§ 406(b), and Defendant's response, it is this __7th__ day of __February__, 2025, by the

United States District Court for the Eastern District of North Carolina,

        ORDERED that Derrick K. Arrowood, Esquire is awarded an attorney's fee

under the Social Security Act, 42 U.S.C. § 406(b), in the gross amount of

$__18,433.00__ (or 25% of Plaintiff's past-due benefits, whichever is less).  Counsel

may retain the $__9,300.00__ in fees previously awarded under the Equal Access

Justice Act, 28 U.S.C. § 2412, in partial satisfaction of the § 406(b) award.  This leaves

a net amount of $__9,133.00__ due to counsel.

_____
LOUISE W. FLANAGAN
United States District Judge